# ROBERT L. MAYS, JR.
## ATTORNEY AT LAW

8626 TESORO DRIVE, SUITE 820
PETROLEUM TOWERS II
SAN ANTONIO, TEXAS 78217

—

PHONE: 210-657-7772
FAX: 210-657-7780
January 4, 2011

United States ...
Southern D...
F...

**JAN 0 6 2011**

... ...

Robbie Westmoreland, Deputy-in-Charge
5401 Bob Casey U.S. Courthouse
515 Rusk Street
Houston, Texas 77002

Re: Vacation Letter

Dear Mr. Westmoreland:

I am the attorney of record in the following case: Cause 4:10-CV-1103, *Karen McPeters v. Frederick E. Edwards, et.al.*, U.S. District Court, Southern District of Texas-Houston Division.

I will be on vacation from March 12, 2011 – March 20, 2011. Please do not set any matter for hearing during this period.

Thank you for your attention to this matter. If you have any questions or require further information, please do not hesitate to contact me.

Sincerely,

Robert L. Mays, Jr.

cc: John Parker, Counsel for LexisNexis
    Miranda Tolar, Counsel for LexisNexis
    Rayborn Johnson, Counsel for Montgomery County and Barbara Adamick
    Allison Miller, Counsel for Frederick Edwards